UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE ROBINSON, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01385-RFB-NJK<br><br>**Order**<br><br>[Docket No. 9] |

　　　　Pending before the Court is the parties' joint proposed discovery plan. Docket No. 9. The proposed discovery plan fails to fully comply with the requirements of the Local Rules. *See* Local Rule 26-1(b)(10).

　　　　Accordingly, the parties' joint proposed discovery plan is **DENIED**. Docket No. 9. The parties must file a joint proposed discovery plan that fully complies with the Court's Local Rules no later than October 12, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: October 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge