SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER, ESQ.
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE:   (702) 258-6662
sulm@bremerwhyte.com
dmeriwether@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE ROBINSON, JOHNETTA GRAHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01385-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed to between Defendant JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record Scott W. Ulm, Esq. and Danielle M. Meriwether, Esq., of the law firm of BREMER WHYTE BROWN & O'MEARA LLP, and Plaintiffs DONTAE ROBINSON and JOHNETTA GRAHAM, by and through their attorney of record, Joseph Chu, Esq., of the LADAH LAW FIRM, that the Complaint against JAMES RIVER INSURANCE COMPANY is hereby

/ / /

/ / /

/ / /

1356.437 4885-4791-1758.1

*Robinson, et al. v. James River Insurance Company*
*Case No. 2:22-cv-01385-RFB-NJK*

DISMISSED WITH PREJUDICE. Each Party is to bear their own attorneys' fees and costs. All future hearings and trial dates shall be vacated.

| | |
|---|---|
| Dated this 19th day of May 2023 | Dated this 19th day of May 2023 |
| LADAH LAW FIRM | BREMER WHYTE BROWN & O'MEARA LLP |
| By: */s/ Joseph Chu* <br> Michael T. Nixon, Esq. <br> Nevada Bar No. 12839 <br> 1290 S. Jones Blvd. <br> Las Vegas, NV 89146 <br> Attorney for Plaintiff <br> *Reginald Collins* | By: */s/Danielle M. Meriwether* <br> Scott W. Ulm, Esq. <br> Nevada Bar No. 12652 <br> Danielle M. Meriwether, Esq. <br> Nevada Bar No. 14924 <br> Attorneys for Defendant, <br> *James River Insurance Company* |

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   22nd day of May, 2023.

Respectfully submitted,

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ *Danielle M. Meriwether*
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1356.437 4885-4791-1758.1